IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 13-0767 CW (PR) |
|     Petitioner, | ORDER DISMISSING CASE; DIRECTING CLERK TO REFILE NOTICE OF CHANGE OF ADDRESS IN CASE NO. C 13-00480 CW (PR) |
|     v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
|     Respondent. | |

The Clerk of the Court erroneously opened this case when Petitioner filed a document entitled, "Temporary Change of Address Informational Motion," which concerns his other pending habeas action, Grimes v. Superior Court, Case No. C 13-0480 CW (PR).

Accordingly, the Court directs the Clerk to refile all of the documents currently filed in Case No. C 13-0767 CW (PR) in Case No. C 13-0480 CW (PR), and to change Petitioner's address in the latter case accordingly.

This case is DISMISSED because it was opened in error. No filing fee is due.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 2/28/2013

CLAUDIA WILKEN
United States District Judge